# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>SEAD MILJKOVIĆ<br>also known as SEAD DUKIC<br><br>*Defendant* | )<br>)<br>) Case No. 1:23-mj-155<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SEAD MILJKOVIĆ also known as SEAD DUKIC,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

false statement in application of passport and false statement in attempted use of passport, all in violation of 18 U.S.C. § 1542

Date: June 6, 2023

*Issuing officer's signature*

City and state: Chattanooga, Tennessee

Christopher H. Steger, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/6/2023, and the person was arrested on *(date)* 6/7/2023
at *(city and state)* East Ridge, TN.

Date: 6/7/2023

*Arresting officer's signature*

Arturo Napolitano RAC/SSA HSI
*Printed name and title*