U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [✓] Initial Appearance
- [ ] Complaint
- [ ] Preliminary Exam
- [ ] Motion Hearing
- [✓] Indictment
- [ ] SSI
- [ ] Information
- [ ] Detention Hearing
- [ ] Bond Hearing
- [ ] Petition for Probation/Supervised Release action
- [✓] Arraignment
- [ ] Arraignment on SSI

Case No. **1:23-CR-55**  USA v. **Sead Miljkovic**

**PRESENT:** Honorable **Christopher H. Steger**  [ ] U.S. District Judge OR [✓] U.S. Magistrate Judge

**Jay Woods** — Assistant U.S. Attorney
**Janie Varnell/Bryan Hoss** — Attorney for Defendant  [ ] Appt. [ ] Retd [ ] Ltd. App.
**Kelli Jones** — Courtroom Deputy
Court Reporter
**Jelena Mrdja** — Interpreter(s) [✓] SWORN

Digital Recording: Crtrm 1B [✓]  OR Crtrm 4 [ ]

**PROCEEDINGS:** [✓] DEFENDANT(S) SWORN

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [✓] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [ ] Deft executed waiver of Rule 5, 5.1 hearing
- [✓] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [✓] Deft pleads not guilty to counts **1, 2 & 3**
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

**DATES SET:**
Detention hearing: ____
Preliminary exam: ____
Revocation hearing: ____
Arraignment: ____
OTHER: ____

Court ordered file [ ] sealed OR [ ] unsealed

**TESTIMONY BY:** ____

**OTHER MATTERS:**

I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file Chatt_1-23-cr-55_20230628_085448

**BOND**
- [ ] Govt. motion for detention without bond: [ ] granted [ ] denied
- [ ] Court ordered deft released on bond (see order setting conditions of release)

Amount: ____  Type: ____
Defendant ineligible for release on bond: ____

Deft [ ] remanded to custody of U.S. Marshal  [ ] remained in custody  [✓] remained on bond  [ ] released on bond

Time: **10:00** to **10:25**  Date: **6/28/23**

rev 3/09