**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-55 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| SEAD MILJKOVIC, *also known as* SEAD DUKIC | ) ) | Magistrate Judge Steger |

# VERDICT FORM

## QUESTION 1

We, the jury, upon our oaths, unanimously find that the defendant's conduct, as alleged in Count 1 of the Superseding Indictment, resulted in or created a foreseeable risk of serious bodily injury:

_____ Yes __X__ No

*If you answer "yes," please proceed to Question 2. If you answer "no," you must find the defendant not guilty in Question 2.*

## QUESTION 2

We, the jury, upon our oaths, unanimously find the defendant, in Count 1 of the Superseding Indictment, charging the defendant with torturing Emir Pehlić:

__X__ Not Guilty _____ Guilty

## QUESTION 3

We, the jury, upon our oaths, unanimously find that the defendant's conduct, as alleged in Count 2 of the Superseding Indictment, resulted in or created a foreseeable risk of serious bodily injury:

_____ Yes    __X__ No

*If you answer "yes," please proceed to Question 4. If you answer "no," you must find the defendant not guilty in Question 4.*

## QUESTION 4

We, the jury, upon our oaths, unanimously find the defendant, in Count 2 of the Superseding Indictment, charging the defendant with torturing Ibro Nuhanović:

__X__ Not Guilty    _____ Guilty

**Please have your foreperson sign and date this Verdict Form and inform the courtroom deputy clerk that you have reached a verdict.**

[redacted]
Foreperson

2 MAY '25
Date